IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

EDWARD F. MENDEZ and
RAYMOND J. MCQUEEN,

      Plaintiffs,

v.                                                               CIV 16-0204 KBM/KK

CELLCO PARTNERSHIP, INC.,
dba VERIZON WIRELESS, INC., *et al.*,

      Defendants.

## ORDER OF REMAND

      In a Memorandum Opinion and Order filed June 3, 2016, the Court took under advisement Plaintiffs' Motion to Remand (*Doc. 12*), conditioning remand on the following: (1) Plaintiffs formally dismiss with prejudice any and all federal claims that they brought or could have been brought in this lawsuit; and (2) Plaintiffs file a binding stipulation that they will not seek damages in excess of $75,000.00. *Doc. 46*. On June 5, 2016, Plaintiffs met both conditions by filing their Stipulation in Compliance with the Memorandum Opinion and Order of the Court of June 3, 2016. *Doc. 47*. Thus, the Court will decline to exercise supplemental jurisdiction over the remaining state law claims.

      Wherefore,

      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this matter be **remanded** to the First Judicial District Court of New Mexico, County of Santa Fe.

                                                                 _____
                                                        UNITED STATES CHIEF MAGISTRATE JUDGE
                                                       Presiding by Consent